**Order entered February 13, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-00111-CV**

**IN RE YOLANDA HAYES AND KELDRICK HAYES, Relators**

**Original Proceeding from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-06696**

**ORDER**
Before Justices Pedersen, III, Nowell, and Kennedy

Before the Court is relators' February 8, 2023 petition for writ of mandamus and emergency motion for stay. We **LIFT** the stay issued by our February 9, 2023 order. We also **WITHDRAW** our request for a response to the petition.

We are in receipt of real party in interest's February 9, 2023 letter advising us that respondent has now sustained relators' objection to the visiting judge, as well as relator's February 10, 2023 letter in response. In light of these developments, we question whether this original proceeding challenging the trial court's determination to overrule relators' objection is moot. Accordingly, relator is directed to file, no later than **February 23, 2023**, either a motion to dismiss the

original proceeding or a letter brief showing cause why the original proceeding should not be dismissed for want of jurisdiction. *See Nat'l Collegiate Athletic Ass'n v. Jones*, 1 S.W.3d 83, 86 (Tex. 1999) ("Appellate courts are prohibited from deciding moot controversies."). Real party may file any response within ten days of relators' filing. If any party relies on information not included in the mandamus record, that party shall file a supplemental record containing that information.

Should the Court determine it lacks jurisdiction, the original proceeding will be dismissed without further notice. The original proceeding may also be dismissed without further notice should relators fail to file the requested letter brief.

/s/    ERIN A. NOWELL
       JUSTICE